UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANDREW SPURLOCK,<br><br>        Petitioner,<br>v.<br><br>STANLEY KNIGHT, Superintendent,<br><br>        Respondent. | No. 1:07-cv-278-DFH-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: July 6, 2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew Spurlock
DOC # 6845
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov